# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158302(66)


MEEMIC INSURANCE COMPANY,
       Plaintiff/Counterdefendant-
       Appellant,

v

LOUISE M. FORTSON and RICHARD A.
FORTSON, Individually and as Conservator
for JUSTIN FORTSON,
       Defendants/Counterplaintiffs-
       Appellees.
_____/

SC: 158302
COA: 337728
Berrien CC: 2014-000260-CK

      On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 23, 2019, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 25, 2019               

                                        Clerk